**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KIMBEREY CALLOWAY** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-CV-918-P** |
| | § | |
| **SECURITY CREDIT SERVICES LLC** | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION TO COMPEL DEFINITIVE ANSWERS TO THE COMPLAINT AND A RULE 11 MOTION FOR SANCTIONS**

Pending before the Court is *pro se* Plaintiff Kimberey Calloway's Motion to Compel Definitive Answers to the Complaint and a Rule 11 Motion for Sanctions [doc. 16], filed September 26, 2206. Having carefully considered the motion and response, the Court, for the reasons set forth below, **FINDS, CONCLUDES, and RECOMMENDS** that Plaintiff's motion be **DENIED** for the reasons stated in Defendant's response. Specifically, the Court notes that Defendant's Answer & Affirmative Defenses to Plaintiff's Complaint [doc. 13] complies with Federal Rule of Civil Procedure 8 and , at the very least, Plaintiff did not comply with Rule 11(c)(2) in filing her Motion for Sanctions.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed

factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

**ORDER**

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **November 2, 2026,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

SIGNED October 19, 2026

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE