UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBEREY CALLOWAY,**

Plaintiff,

v. **No. 4:26-cv-00918-P-BJ**

**SECURITY CREDIT SERVICES, LLC,**

Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 19, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 25. The Magistrate Judge recommended denying Plaintiff's Motion to Compel Definitive Answers and Impose Rule 11 Sanctions ("Motion"). Plaintiff filed an objection to the FCR on November 2, 2026. ECF No. 26. Defendant filed a response to Plaintiff's objections on November 3, 2026. ECF No. 27.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 25);
3. Plaintiff's written objections to the FCR (ECF No. 26);
4. Defendant's response to Plaintiff's objections (ECF No. 27); and
5. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. Defendant's Answer complies with Federal Rule of Civil Procedure 8. In addition, Plaintiff has, at a minimum, failed

to comply with Rule 11(c)(2) with respect to her motion for sanctions. Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Plaintiff's Motion (ECF No. 16) is **DENIED**.

**SO ORDERED** on this **4th day of November 2026.**

Mark T. Pittman

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE